**Order entered November 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00585-CV

## IN THE INTEREST OF S.B.H., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-13791**

## ORDER

This appeal from a final decree of divorce was abated October 15, 2014 because appellant had filed for bankruptcy. By motion filed October 29, 2014, appellant seeks to reinstate the appeal, asserting the bankruptcy court has signed an order dismissing the bankruptcy. *See* Tex. R. App. P. 8.3. Attached to appellant's motion is a copy of the bankruptcy court's order.

We **GRANT** appellant's motion and **REINSTATE** the appeal. *See id.* Appellant's brief tendered to the Court on October 30, 2014 is deemed filed as of the date of this order.

/s/　　CRAIG STODDART
　　　　JUSTICE